# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| MARTIN J. WALSH<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.; PLAN ADMINISTRATION COMMITTEE; INVESTMENT COMMITTEE; CSX CORPORATION MASTER PENSION TRUST; MERGED UTU PENSION PLAN; and the GREENBRIER FROZEN UNION PENSION PLAN,<br><br>Defendants. | Case No. 3:22-cv-00849-MMH-JBT |

## **DEFENDANTS' DISCLOSURE STATEMENT**

Defendants CSX Transportation, Inc., Plan Administration Committee, and Investment Committee hereby disclose the following information pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

1. **Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome.**

<u>Plaintiff</u>:   Martin J. Walsh, Secretary of Labor, United States Department of Labor

| | |
|---|---|
| <u>Plaintiff's Counsel</u>: | OFFICE OF THE SOLICITOR, U.S. DEPARTMENT OF LABOR, Seema Nanda, Tremelle I. Howard, Lydia J. Chastain, Jeremy K. Fisher. |
| <u>Defendants</u>: | CSX Transportation, Inc., Plan Administration Committee, Investment Committee |
| <u>Defendants' Counsel</u>: | HOLLAND & KNIGHT, LLP, Frederick D. Page, Todd D. Wozniak (lead counsel), Peter N. Hall |
| <u>Nominal Defendants</u>: | CSX Corporation Master Pension Trust, Merged UTU Pension Plan, Greenbrier Frozen Union Pension Plan. |

**2. Each entity with publicly traded shares or debt potentially affected by the outcome.**

Defendant CSX Transportation, Inc. is a wholly-owned subsidiary of non-party CSX Corporation. CSX Corporation is a publicly-traded corporation.

**3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee.**

None.

**4. Each person arguably eligible for restitution.**

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

| | |
|---|---|
| Dated: October 24, 2022 | **HOLLAND & KNIGHT LLP** |
| | <u>/s/ Frederick D. Page</u><br>Frederick D. Page (FBN 226270)<br>fred.page@hklaw.com<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida  32202<br>Telephone: (904) 353-2000<br>Facsimile:  (904) 358-1872 |
| | *Counsel for Defendants CSX Transportation, Inc., Plan Administration Committee, and Investment Committee* |

## **CERTIFICATE OF SERVICE**

I certify that, on October 24, 2022, I filed this document using the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

<u>/s/ Frederick D. Page</u>
Attorney
