UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIE A. SU, Acting Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.                                  CASE NO. 3:22-cv-849-MMH-SJH

CSX TRANSPORTATION, INC., et al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the undersigned on multiple motions. Upon review of the parties' Joint Notice Regarding Motion to Compel and Motion to Withdraw (Doc. 88), it is **ORDERED**:

1. The Motions to Withdraw (Docs. 72, 73, and 74) by Daniel Mahfood, Peter Hall, and Todd Wozniak ("Withdrawing Attorneys") are **granted**. The Withdrawing Attorneys are permitted to withdraw as counsel for Defendants CSX Transportation, Inc., Plan Administration Committee, and Investment Committee. The Clerk is **directed** to remove the Withdrawing Attorneys as counsel of record.

2. The Motion for Leave to File a Reply in Support of Motions to Withdraw (Doc. 87) is **denied as moot**.

3. Plaintiff's Motion to Compel Production of Documents (Doc. 75) is **denied as moot**.

4. The Zoom hearing scheduled for December 11, 2024, at 3:00 p.m. is **canceled**.

**DONE AND ORDERED** at Jacksonville, Florida, December 11, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record