# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.; PLAN ADMINISTRATION COMMITTEE; INVESTMENT COMMITTEE; CSX CORPORATION MASTER PENSION TRUST; CSX PENSION PLAN; MERGED UTU PENSION PLAN; and the GREENBRIER FROZEN UNION PENSION PLAN,<br><br>    Defendants. | Case No. 3:22-cv-00849-MMH-SJH<br><br><br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiff, Lori Chavez-Deremer, Secretary of Labor, United States Department of Labor (the "Secretary"), Defendants CSX Transportation, Inc. (the "Company"), Plan Administration Committee and Investment Committee (collectively the "Committees"); CSX Corporation Master Pension Trust, CSX Pension Plan, Merged Utu Pension Plan, and the Greenbrier Frozen Union Pension Plan (the "Plans") (collectively the "Defendants"), jointly ask the Court to enter the Consent Judgment, which was filed contemporaneously with this motion. The parties have agreed to resolve all matters in controversy in this action, and consent to and request the entry of a Judgment, in accordance with the attached proposed Consent Judgment.

Respectfully submitted, August 19, 2025.

| | |
|---|---|
| Defendants **move** for entry of the attached Consent Judgment: | Plaintiff **moves** for entry of the attached Consent Judgment: **Counsel for the Secretary of Labor** |
| **For Defendants *CSX Transportation, Inc. et al.*** | JONATHAN L. SNARE<br>Acting Solicitor of Labor<br>  Texas Bar #18781250 |
| By: /s/     Miguel Eaton | |
| MIGUEL EATON<br>Partner<br>Jones Day<br>51 Louisiana Ave, N.W.<br>Washington, D.C. 20001<br>Office: 202.879.3749<br>MEaton@jonesday.com | TREMELLE I. HOWARD<br>Regional Solicitor<br><br>DANIEL P. MILLER<br>ERISA Counsel<br>Georgia Bar No. 463643 |
| David T. Raimer<br>Partner<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C.<br>20001-2113<br>Office 202.879.3890<br>dtraimer@jonesday.com | By:/s/   Nicole A. Spain<br>NICOLE A. SPAIN<br>Trial Attorney<br>Georgia Bar No. 111633<br><br>Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room |
| Damarr M. Butler<br>Associate<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C.<br>20001-2113<br>Office 202.879.4657<br>dbutler@jonesday.com | S.W. Room 7T10<br>Atlanta, GA  30303<br>(404) 302-5425<br>(404) 302-5438 (FAX)<br>spainstaton.nicole.a@dol.gov |