# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC.; PLAN ADMINISTRATION COMMITTEE; INVESTMENT COMMITTEE; CSX CORPORATION MASTER PENSION TRUST; CSX PENSION PLAN; MERGED UTU PENSION PLAN; and the GREENBRIER FROZEN UNION PENSION PLAN,<br><br>    Defendants. | Case No. 3:22-cv-00849-MMH-SJH |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Lori Chavez-Deremer, Secretary of Labor, United States Department of Labor ("the Secretary"), along with Defendants CSX Transportation, Inc. ("the Company"), the Plan Administration Committee, and the Investment Committee (collectively referred to as "the Committees"), as well as the CSX Corporation Master Pension Trust, the CSX Pension Plan, the Merged Utu Pension Plan, and the Greenbrier Frozen Union Pension Plan

(collectively referred to as "the Plans"), respectfully submit this Memorandum of Law in support of their Joint Motion for Entry of Consent Judgment.

The Secretary, through her agencies, has the responsibility of enforcing the provisions of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1001 *et seq*. ERISA empowers the Secretary to obtain "appropriate relief" through litigation, 29 U.S.C. § 1132(a)(2), including both equitable and remedial relief 29 U.S.C. § 1132(a)(2). The equitable and remedial relief contained in the proposed Consent Judgment and Order is an appropriate resolution of this matter. Further, the proposed Consent Judgment serves as a comprehensive resolution of all claims and issues arising in this action, eliminating the necessity for trial or any adjudication regarding the factual or legal issues presented in the Complaint. The parties submit that the proposed Consent Judgment is fair, reasonable, and consistent with the Secretary's enforcement authority.

Accordingly, the parties respectfully request that their motion be granted

[Signature on the Next Page]

Respectfully submitted, August 19, 2025.

| | |
|---|---|
| **For Defendants *CSX Transportation, Inc. et al.*** | **Counsel for the Secretary of Labor** |
| By: */s/     Miguel Eaton* | JONATHAN L. SNARE<br>Acting Solicitor of Labor<br>  Texas Bar #18781250 |
| MIGUEL EATON<br>Partner<br>Jones Day<br>51 Louisiana Ave, N.W.<br>Washington, D.C. 20001<br>Office: 202.879.3749<br>MEaton@jonesday.com | TREMELLE I. HOWARD<br>Regional Solicitor<br><br>DANIEL P. MILLER<br>ERISA Counsel<br>Georgia Bar No. 463643 |
| David T. Raimer<br>Partner<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Office 202.879.3890<br>dtraimer@jonesday.com | By:*/s/  Nicole A. Spain*<br>NICOLE A. SPAIN<br>Trial Attorney<br>Georgia Bar No. 111633<br><br>Office of the Solicitor<br>U.S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room |
| Damarr M. Butler<br>Associate<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Office 202.879.4657<br>dbutler@jonesday.com | S.W. Room 7T10<br>Atlanta, GA  30303<br>(404) 302-5425<br>(404) 302-5438 (FAX)<br>spainstaton.nicole.a@dol.gov |