**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LORI CHAVEZ-DEREMER,
SECRETARY OF LABOR, UNITED
STATES DEPARTMENT OF
LABOR,

      Plaintiff,

vs.                                                  Case No.   3:22-cv-849-MMH-SJH

CSX TRANSPORTATION, INC.; et
al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Renewed Joint Motion for Entry of Consent Judgment (Doc. 112; Motion), filed on December 29, 2025.  In the Motion, the parties request the entry of an amended proposed Consent Judgment and Order (Doc. 112-1; Proposed Consent Judgment).  See Motion at 1-2.  Upon review of the Proposed Consent Judgment, the Court notes that the parties have removed the provision the Court previously identified as likely to be unenforceable.  See Order (Doc. 109), entered September 19, 2025.  The parties have also addressed the other concerns identified in the September 19, 2025 Order.  As such, the Court finds it appropriate to grant the relief

requested. With minor revisions, the Court will approve the Proposed Consent Judgment and enter it in this case. Accordingly, it is

**ORDERED:**

1. The Renewed Joint Motion for Entry of Consent Judgment (Doc. 112) is **GRANTED**.

2. The Court will enter the Consent Judgment forthwith.

3. Upon entry of the Consent Judgment, the Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of January, 2026.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record